**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

MIGUEL TAMAYO AND NORMA DAVILA-TAMAYO,

   Plaintiffs,

  vs.

FORD MOTOR COMPANY,

   Defendant.

Case No. 5:25-cv-05061-NW

Hon. Judge Noel Wise
Hon. Magistrate Judge Virginia K. DeMarchi

DENYING

[PROPOSED] ORDER ~~GRANTING~~ AMENDED FIRST JOINT STIPULATION TO CONTINUE DISCOVERY DEADLINES (ECF 17) IN ACCORDANCE WITH THE COURT'S ORDER (ECF 20)

Case Removed: June 13, 2025
Trial Date: July 6, 2026 at 9:00 a.m.

## [Proposed] Order

The Court, having considered the Amended First Joint Stipulation to Continue

Discovery Deadlines ("Stipulation"), filed by the Parties, and upon finding good

ORDER GRANTING AMENDED FIRST JOINT STIPULATION TO CONTINUE DISCOVERY
DEADLINES (ECF 17)

cause therefor, hereby ~~GRANTS~~ DENYING the Stipulation and ORDERS as follows:

1.  The following deadlines are hereby vacated

    a.  Close of fact discovery: November 21, 2025;
    b.  Opening Expert Reports: December 19, 2025;
    c.  Rebuttal Expert Reports: January 16, 2026;
    d.  Close of Expert Discovery: February 6, 2026
    e.  Deadline to file Dispositive Motions and *Daubert* Motions:
        Motion: February 27, 2026
        Opposition: March 13, 2026
        Reply: March 20, 2026; and
    f.  Hearing on Dispositive Motions and *Daubert* Motions: April 22, 2026

2.  The continued discovery deadlines are as follows:

    a.  Close of fact discovery: February 20, 2026;
    b.  Opening Expert Reports: March 6, 2026;
    c.  Rebuttal Expert Reports: March 13, 2026;
    d.  Close of Expert Discovery: March 20, 2026;
    e.  Deadline to file Dispositive Motions and *Daubert* Motions:
        Motion: March 27, 2026
        Opposition: April 17, 2026
        Reply: April 24, 2026; and
    f.  Hearing on Dispositive Motions and *Daubert* Motions: May 20, 2026

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____    _____

DENIED

Judge Noël Wise

UNITED STATES JUDGE

2

ORDER ~~GRANTING~~ AMENDED FIRST JOINT STIPULATION TO CONTINUE DISCOVERY DEADLINES (ECF 17)